**Earthlink**

| | |
|---|---|
| From: | "Daugherty, Jennifer M **ATLA" <JMDaugherty@archchemicals.com> |
| To: | "Daugherty, Jennifer M **ATLA" <JMDaugherty@archchemicals.com> |
| Sent: | Monday, March 29, 2010 8:50 AM |
| Subject: | Your Pay Statement |

Arch Chemicals, Inc. 501 Merritt 7, Norwalk, Connecticut 06856-5204

## PAY STATEMENT

| | | | |
|---|---|---|---|
| Employee Id: | 299905243 | | |
| Employee Name: | Daugherty,Jennifer Marie | Federal W-4 Filing Exemptions: | 3 |
| Pay Date: | 2010-02-25 | Marital Status: | M |
| Pay Rate: | $ 6,695.00/Month | Addl W/H Amount: | $ 0.00 |

Your net pay, $ 3,131.60 , for pay period between 2010-02-21 and 2010-02-21 **has been** deposited on 2010-02-25 into your account(s) as per your Payroll EFT instruction. If there is a difference between your net pay and the deposit amount (s) below, a check would have been issued to you for the difference.

The following additional information has been provided for your record-keeping needs:

### 1. EFT Distribution

| Account Type | Account Number | Deposit Amount |
|---|---|---|

### 2. Earnings

| | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| Description | Hours | Amount | Hours | Amount |
| Internal Bonus Plan | 0.00 | $ 5,104.50 | 0.00 | $ 5,104.50 |
| Regular Hours | 0.00 | $ 0.00 | 256.00 | $ 10,042.50 |
| Total | 0.00 | $ 5,104.50 | 256.00 | $ 15,147.00 |

### 3. Pre-Tax Deductions

| Description | Current Amount | Year-to-Date Amount |
|---|---|---|
| Dental | $ 0.00 | $ 28.50 |
| FSA Dependent Care | $ 0.00 | $ 624.99 |
| Long Term Disability Non Barg. | $ 0.00 | $ 54.24 |
| Pretax Medical Ded. | $ 0.00 | $ 474.00 |
| Pretax Vision Ded | $ 0.00 | $ 43.38 |

| Total | | $ 0.00 | | $ 1,225.11 |

### 4. Taxes/Taxable Earnings

| Description | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| | Taxes | Taxable Earnings | Taxes | Taxable Earnings |
| Federal FICA-OASDI | $ 316.48 | $ 5,104.50 | $ 863.42 | $ 13,926.09 |
| Federal FICA-Med/Hosp | $ 74.02 | $ 5,104.50 | $ 201.93 | $ 13,926.09 |
| Federal Income | $ 1,276.13 | $ 5,104.50 | $ 2,069.06 | $ 13,926.09 |
| GA State Income | $ 306.27 | $ 5,104.50 | $ 808.08 | $ 13,926.09 |
| Total | $ 1,972.90 | | $ 3,942.49 | |

### 5. After-Tax Deductions

| Description | Current Amount | Year-to-Date Amount |
|---|---|---|
| Group Universal Life Plan | $ 0.00 | $ 7.50 |
| CEOP Loan #2 | $ 0.00 | $ 87.15 |
| CEOP Loan #4 | $ 0.00 | $ 185.01 |
| CEOP Loan #5 | $ 0.00 | $ 69.96 |
| Total | $ 0.00 | $ 349.62 |

### 6. Total Taxes and Deductions

| Current Amount | Year-to-Date Amount |
|---|---|
| $ 1,972.90 | $ 5,517.22 |

### 7. Net Pay

| Current Amount | Year-to-Date Amount |
|---|---|
| $ 3,131.60 | $ 9,629.78 |

In addition to your regular pay, Arch Chemicals pays all of the expenses associated with certain company-paid benefits and also makes tax payments on your behalf. While these benefit expenses do not affect your net pay, some of the benefit expenses may be taxable as indicated below:

### 8. Company-Paid Benefits Taxable

| Description | Current Amount | Year-to-Date Amount | Taxability |
|---|---|---|---|
| Company Paid Life, 1 x Pay | $ 0.00 | $ 4.20 | Taxable |

Arch Chemicals pays all of the expenses associated with certain company-paid benefits. You can access this information in "My Total Benefits/Comp." through the Arch Employee Self-Service website. There are also company-paid benefits that are taxable and taxes are withheld or incurred on a pay period

4/18/2010

or annual basis. The following is an explanation of how each frequency may impact your situation:
**Pay Period:** If a company-paid benefit is included in your taxable income each pay period, all taxes will be withheld from your pay check.
**Annually:** In most cases, if the taxable benefit is included in your taxable income on an annual basis, we will deduct any Social Security and/or Medicare taxes from your next regular pay check.

## 9. Company Contributions

| Description | Current Amount | Year-to-Date Amount | Taxability |
|---|---|---|---|
| | | | |

## 10. Company-Paid Taxes

| | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| Description | Taxes | Taxable Earnings | Taxes | Taxable Earnings |
| Federal FICA-OASDI | $ 316.48 | $ 5,104.50 | $ 863.42 | $ 13,926.09 |
| Federal FICA-Med/Hosp | $ 74.02 | $ 5,104.50 | $ 201.93 | $ 13,926.09 |
| Federal Unemployment | $ 0.00 | $ 0.00 | $ 56.00 | $ 7,000.00 |
| GA State Unemployment | $ 0.00 | $ 0.00 | $ 124.95 | $ 8,500.00 |
| Total | $ 390.50 | | $ 1,246.30 | |

Arch Chemicals pays all of the expenses associated with Federal and State employer related tax liabilities. For Federal related taxes employers are responsible for the cost of Social Security and Medicare taxes that is equal to the employee's share of the tax. The entire cost of Federal Unemployment Insurance is the responsibility of Arch. Each state has unique employer tax responsibilities. The most common state tax that is the responsibility of Arch is Unemployment insurance; however, some states mandate employee contributions to Unemployment and Disability plans.

**Earthlink**

| | |
|---|---|
| From: | "Daugherty, Jennifer M **ATLA" <JMDaugherty@archchemicals.com> |
| To: | "Daugherty, Jennifer M **ATLA" <JMDaugherty@archchemicals.com> |
| Sent: | Monday, March 29, 2010 8:45 AM |
| Subject: | Your Pay Statement |

Arch Chemicals, Inc. 501 Merritt 7, Norwalk, Connecticut 06856-5204

## PAY STATEMENT

| | | | |
|---|---|---|---|
| Employee Id: | 299905243 | | |
| Employee Name: | Daugherty,Jennifer Marie | Federal W-4 Filing Exemptions: | 3 |
| Pay Date: | 2010-03-31 | Marital Status: | M |
| Pay Rate: | $ 6,695.00/Month | Addl W/H Amount: | $ 0.00 |

Your net pay, $ 2,110.72, for pay period between 2010-03-16 and 2010-03-31 will be deposited on 2010-03-31 into your account(s) as per your Payroll EFT instruction. If there is a difference between your net pay and the deposit amount (s) below, a check would have been issued to you for the difference.

The following additional information has been provided for your record-keeping needs:

### 1. EFT Distribution

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 1010215499990 | $ 2,110.72 |

### 2. Earnings

| | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| Description | Hours | Amount | Hours | Amount |
| Internal Bonus Plan | 0.00 | $ 0.00 | 0.00 | $ 5,104.50 |
| Regular Hours | 96.00 | $ 3,347.50 | 512.00 | $ 20,085.00 |
| Total | 96.00 | $ 3,347.50 | 512.00 | $ 25,189.50 |

### 3. Pre-Tax Deductions

| Description | Current Amount | Year-to-Date Amount |
|---|---|---|
| Contributing Employee Ownershp | $ 33.48 | $ 33.48 |
| Dental | $ 9.50 | $ 57.00 |
| FSA Dependent Care | $ 208.33 | $ 1,249.98 |
| Long Term Disability Non Barg. | $ 18.08 | $ 108.48 |

| | | |
|---|---:|---:|
| Pretax Medical Ded. | $ 158.00 | $ 948.00 |
| Pretax Vision Ded | $ 14.46 | $ 86.76 |
| Total | $ 441.85 | $ 2,483.70 |

### 4. Taxes/Taxable Earnings

| | Current Period | | Year-to-Date | |
|---|---:|---:|---:|---:|
| Description | Taxes | Taxable Earnings | Taxes | Taxable Earnings |
| Federal FICA-OASDI | $ 182.32 | $ 2,940.53 | $ 1,410.36 | $ 22,747.68 |
| Federal FICA-Med/Hosp | $ 42.64 | $ 2,940.53 | $ 329.84 | $ 22,747.68 |
| Federal Income | $ 259.29 | $ 2,907.05 | $ 2,856.97 | $ 22,714.20 |
| GA State Income | $ 165.26 | $ 2,907.05 | $ 1,307.88 | $ 22,714.20 |
| Total | $ 649.51 | | $ 5,905.05 | |

### 5. After-Tax Deductions

| Description | Current Amount | Year-to-Date Amount |
|---|---:|---:|
| Group Universal Life Plan | $ 2.50 | $ 15.00 |
| CEOP Loan #2 | $ 29.05 | $ 174.30 |
| CEOP Loan #3 | $ 52.20 | $ 52.20 |
| CEOP Loan #4 | $ 61.67 | $ 370.02 |
| CEOP Loan #5 | $ 0.00 | $ 116.60 |
| Total | $ 145.42 | $ 728.12 |

### 6. Total Taxes and Deductions

| Current Amount | Year-to-Date Amount |
|---:|---:|
| $ 1,236.78 | $ 9,116.87 |

### 7. Net Pay

| Current Amount | Year-to-Date Amount |
|---:|---:|
| $ 2,110.72 | $ 16,072.63 |

In addition to your regular pay, Arch Chemicals pays all of the expenses associated with certain company-paid benefits and also makes tax payments on your behalf. While these benefit expenses do not affect your net pay, some of the benefit expenses may be taxable as indicated below:

### 8. Company-Paid Benefits Taxable

| Description | Current Amount | Year-to-Date Amount | Taxability |
|---|---|---|---|
| | | | |

4/18/2010

| Company Paid Life, 1 x Pay | $ 1.40 | $ 8.40 | Taxable |
|---|---|---|---|

Arch Chemicals pays all of the expenses associated with certain company-paid benefits. You can access this information in "My Total Benefits/Comp." through the Arch Employee Self-Service website.
There are also company-paid benefits that are taxable and taxes are withheld or incurred on a pay period or annual basis. The following is an explanation of how each frequency may impact your situation:
**Pay Period:** If a company-paid benefit is included in your taxable income each pay period, all taxes will be withheld from your pay check.
**Annually:** In most cases, if the taxable benefit is included in your taxable income on an annual basis, we will deduct any Social Security and/or Medicare taxes from your next regular pay check.

## 9. Company Contributions

| Description | Current Amount | Year-to-Date Amount | Taxability |
|---|---|---|---|
| Contributing Employee Ownershp | $ 33.48 | $ 33.48 | Not Taxable |

## 10. Company-Paid Taxes

| | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| Description | Taxes | Taxable Earnings | Taxes | Taxable Earnings |
| Federal FICA-OASDI | $ 182.32 | $ 2,940.53 | $ 1,410.36 | $ 22,747.68 |
| Federal FICA-Med/Hosp | $ 42.64 | $ 2,940.53 | $ 329.84 | $ 22,747.68 |
| Federal Unemployment | $ 0.00 | $ 0.00 | $ 56.00 | $ 7,000.00 |
| GA State Unemployment | $ 0.00 | $ 0.00 | $ 124.95 | $ 8,500.00 |
| Total | $ 224.96 | | $ 1,921.15 | |

Arch Chemicals pays all of the expenses associated with Federal and State employer related tax liabilities. For Federal related taxes employers are responsible for the cost of Social Security and Medicare taxes that is equal to the employee's share of the tax. The entire cost of Federal Unemployment Insurance is the responsibility of Arch. Each state has unique employer tax responsibilities. The most common state tax that is the responsibility of Arch is Unemployment insurance; however, some states mandate employee contributions to Unemployment and Disability plans.

**Earthlink**

| | |
|---|---|
| From: | "Daugherty, Jennifer M **ATLA" <JMDaugherty@archchemicals.com> |
| To: | "Daugherty, Jennifer M **ATLA" <JMDaugherty@archchemicals.com> |
| Sent: | Monday, March 29, 2010 8:45 AM |
| Subject: | Your Pay Statement |

Arch Chemicals, Inc. 501 Merritt 7, Norwalk, Connecticut 06856-5204

## PAY STATEMENT

| | | | |
|---|---|---|---|
| Employee Id: | 299905243 | | |
| Employee Name: | Daugherty, Jennifer Marie | Federal W-4 Filing Exemptions: | 3 |
| Pay Date: | 2010-03-15 | Marital Status: | M |
| Pay Rate: | $ 6,695.00/Month | Add'l W/H Amount: | $ 0.00 |

Your net pay, $ 2,166.07, for pay period between 2010-03-01 and 2010-03-15 **has been** deposited on 2010-03-15 into your account(s) as per your Payroll EFT instruction. If there is a difference between your net pay and the deposit amount (s) below, a check would have been issued to you for the difference.

The following additional information has been provided for your record-keeping needs:

### 1. EFT Distribution

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 1010215499990 | $ 2,166.07 |

### 2. Earnings

| | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| Description | Hours | Amount | Hours | Amount |
| Internal Bonus Plan | 0.00 | $ 0.00 | 0.00 | $ 5,104.50 |
| Regular Hours | 88.00 | $ 3,347.50 | 416.00 | $ 16,737.50 |
| Total | 88.00 | $ 3,347.50 | 416.00 | $ 21,842.00 |

### 3. Pre-Tax Deductions

| Description | Current Amount | Year-to-Date Amount |
|---|---|---|
| Dental | $ 9.50 | $ 47.50 |
| FSA Dependent Care | $ 208.33 | $ 1,041.65 |
| Long Term Disability Non Barg. | $ 18.08 | $ 90.40 |
| Pretax Medical Ded. | $ 158.00 | $ 790.00 |

4/18/2010

| | | |
|---|---:|---:|
| Pretax Vision Ded | $ 14.46 | $ 72.30 |
| Total | $ 408.37 | $ 2,041.85 |

### 4. Taxes/Taxable Earnings

| | Current Period | | Year-to-Date | |
|---|---:|---:|---:|---:|
| Description | Taxes | Taxable Earnings | Taxes | Taxable Earnings |
| Federal FICA-OASDI | $ 182.31 | $ 2,940.53 | $ 1,228.04 | $ 19,807.15 |
| Federal FICA-Med/Hosp | $ 42.63 | $ 2,940.53 | $ 287.20 | $ 19,807.15 |
| Federal Income | $ 264.31 | $ 2,940.53 | $ 2,597.68 | $ 19,807.15 |
| GA State Income | $ 167.27 | $ 2,940.53 | $ 1,142.62 | $ 19,807.15 |
| Total | $ 656.52 | | $ 5,255.54 | |

### 5. After-Tax Deductions

| Description | Current Amount | Year-to-Date Amount |
|---|---:|---:|
| Group Universal Life Plan | $ 2.50 | $ 12.50 |
| CEOP Loan #2 | $ 29.05 | $ 145.25 |
| CEOP Loan #4 | $ 61.67 | $ 308.35 |
| CEOP Loan #5 | $ 23.32 | $ 116.60 |
| Total | $ 116.54 | $ 582.70 |

### 6. Total Taxes and Deductions

| Current Amount | Year-to-Date Amount |
|---:|---:|
| $ 1,181.43 | $ 7,880.09 |

### 7. Net Pay

| Current Amount | Year-to-Date Amount |
|---:|---:|
| $ 2,166.07 | $ 13,961.91 |

In addition to your regular pay, Arch Chemicals pays all of the expenses associated with certain company-paid benefits and also makes tax payments on your behalf. While these benefit expenses do not affect your net pay, some of the benefit expenses may be taxable as indicated below:

### 8. Company-Paid Benefits Taxable

| Description | Current Amount | Year-to-Date Amount | Taxability |
|---|---:|---:|---|
| Company Paid Life, 1 x Pay | $ 1.40 | $ 7.00 | Taxable |

Arch Chemicals pays all of the expenses associated with certain company-paid benefits. You can access this information in "My Total Benefits/Comp." through the Arch Employee Self-Service website.

4/18/2010

There are also company-paid benefits that are taxable and taxes are withheld or incurred on a pay period or annual basis. The following is an explanation of how each frequency may impact your situation:

**Pay Period:** If a company-paid benefit is included in your taxable income each pay period, all taxes will be withheld from your pay check.

**Annually:** In most cases, if the taxable benefit is included in your taxable income on an annual basis, we will deduct any Social Security and/or Medicare taxes from your next regular pay check.

## 9. Company Contributions

| Description | Current Amount | Year-to-Date Amount | Taxability |
|---|---|---|---|

## 10. Company-Paid Taxes

| Description | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| | Taxes | Taxable Earnings | Taxes | Taxable Earnings |
| Federal FICA-OASDI | $ 182.31 | $ 2,940.53 | $ 1,228.04 | $ 19,807.15 |
| Federal FICA-Med/Hosp | $ 42.63 | $ 2,940.53 | $ 287.20 | $ 19,807.15 |
| Federal Unemployment | $ 0.00 | $ 0.00 | $ 56.00 | $ 7,000.00 |
| GA State Unemployment | $ 0.00 | $ 0.00 | $ 124.95 | $ 8,500.00 |
| Total | $ 224.94 | | $ 1,696.19 | |

Arch Chemicals pays all of the expenses associated with Federal and State employer related tax liabilities. For Federal related taxes employers are responsible for the cost of Social Security and Medicare taxes that is equal to the employee's share of the tax. The entire cost of Federal Unemployment Insurance is the responsibility of Arch. Each state has unique employer tax responsibilities. The most common state tax that is the responsibility of Arch is Unemployment insurance; however, some states mandate employee contributions to Unemployment and Disability plans.

**Earthlink**

From: "Daugherty, Jennifer M **ATLA" <JMDaugherty@archchemicals.com>
To: "Daugherty, Jennifer M **ATLA" <JMDaugherty@archchemicals.com>
Sent: Monday, March 29, 2010 8:45 AM
Subject: Your Pay Statement

Arch Chemicals, Inc. 501 Merritt 7, Norwalk, Connecticut 06856-5204

## PAY STATEMENT

Employee Id: 299905243
Employee Name: Daugherty, Jennifer Marie
Pay Date: 2010-02-26
Pay Rate: $ 6,695.00/Month

Federal W-4 Filing Exemptions: 3
Marital Status: M
Addl W/H Amount: $ 0.00

Your net pay, $ 2,166.06, for pay period between 2010-02-16 and 2010-02-28 **has been** deposited on 2010-02-26 into your account(s) as per your Payroll EFT instruction. If there is a difference between your net pay and the deposit amount(s) below, a check would have been issued to you for the difference.

The following additional information has been provided for your record-keeping needs:

### 1. EFT Distribution

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 1010215499990 | $ 2,166.06 |

### 2. Earnings

| | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| Description | Hours | Amount | Hours | Amount |
| Internal Bonus Plan | 0.00 | $ 0.00 | 0.00 | $ 5,104.50 |
| Regular Hours | 72.00 | $ 3,347.50 | 328.00 | $ 13,390.00 |
| Total | 72.00 | $ 3,347.50 | 328.00 | $ 18,494.50 |

### 3. Pre-Tax Deductions

| Description | Current Amount | Year-to-Date Amount |
|---|---|---|
| Dental | $ 9.50 | $ 38.00 |
| FSA Dependent Care | $ 208.33 | $ 833.32 |
| Long Term Disability Non Barg. | $ 18.08 | $ 72.32 |
| Pretax Medical Ded. | $ 158.00 | $ 632.00 |

4/18/2010

| | | |
|---|---:|---:|
| Pretax Vision Ded | $ 14.46 | $ 57.84 |
| Total | $ 408.37 | $ 1,633.48 |

### 4. Taxes/Taxable Earnings

| | Current Period | | Year-to-Date | |
|---|---:|---:|---:|---:|
| Description | Taxes | Taxable Earnings | Taxes | Taxable Earnings |
| Federal FICA-OASDI | $ 182.31 | $ 2,940.53 | $ 1,045.73 | $ 16,866.62 |
| Federal FICA-Med/Hosp | $ 42.64 | $ 2,940.53 | $ 244.57 | $ 16,866.62 |
| Federal Income | $ 264.31 | $ 2,940.53 | $ 2,333.37 | $ 16,866.62 |
| GA State Income | $ 167.27 | $ 2,940.53 | $ 975.35 | $ 16,866.62 |
| Total | $ 656.53 | | $ 4,599.02 | |

### 5. After-Tax Deductions

| Description | Current Amount | Year-to-Date Amount |
|---|---:|---:|
| Group Universal Life Plan | $ 2.50 | $ 10.00 |
| CEOP Loan #2 | $ 29.05 | $ 116.20 |
| CEOP Loan #4 | $ 61.67 | $ 246.68 |
| CEOP Loan #5 | $ 23.32 | $ 93.28 |
| Total | $ 116.54 | $ 466.16 |

### 6. Total Taxes and Deductions

| Current Amount | Year-to-Date Amount |
|---:|---:|
| $ 1,181.44 | $ 6,698.66 |

### 7. Net Pay

| Current Amount | Year-to-Date Amount |
|---:|---:|
| $ 2,166.06 | $ 11,795.84 |

In addition to your regular pay, Arch Chemicals pays all of the expenses associated with certain company-paid benefits and also makes tax payments on your behalf. While these benefit expenses do not affect your net pay, some of the benefit expenses may be taxable as indicated below:

### 8. Company-Paid Benefits Taxable

| Description | Current Amount | Year-to-Date Amount | Taxability |
|---|---:|---:|---|
| Company Paid Life, 1 x Pay | $ 1.40 | $ 5.60 | Taxable |

Arch Chemicals pays all of the expenses associated with certain company-paid benefits. You can access this information in "My Total Benefits/Comp." through the Arch Employee Self-Service website.

4/18/2010

There are also company-paid benefits that are taxable and taxes are withheld or incurred on a pay period or annual basis. The following is an explanation of how each frequency may impact your situation:
**Pay Period:** If a company-paid benefit is included in your taxable income each pay period, all taxes will be withheld from your pay check.
**Annually:** In most cases, if the taxable benefit is included in your taxable income on an annual basis, we will deduct any Social Security and/or Medicare taxes from your next regular pay check.

## 9. Company Contributions

| Description | Current Amount | Year-to-Date Amount | Taxability |
|---|---|---|---|

## 10. Company-Paid Taxes

|  | Current Period || Year-to-Date ||
|---|---|---|---|---|
| Description | Taxes | Taxable Earnings | Taxes | Taxable Earnings |
| Federal FICA-OASDI | $ 182.31 | $ 2,940.53 | $ 1,045.73 | $ 16,866.62 |
| Federal FICA-Med/Hosp | $ 42.64 | $ 2,940.53 | $ 244.57 | $ 16,866.62 |
| Federal Unemployment | $ 0.00 | $ 0.00 | $ 56.00 | $ 7,000.00 |
| GA State Unemployment | $ 0.00 | $ 0.00 | $ 124.95 | $ 8,500.00 |
| Total | $ 224.95 |  | $ 1,471.25 |  |

Arch Chemicals pays all of the expenses associated with Federal and State employer related tax liabilities. For Federal related taxes employers are responsible for the cost of Social Security and Medicare taxes that is equal to the employee's share of the tax. The entire cost of Federal Unemployment Insurance is the responsibility of Arch. Each state has unique employer tax responsibilities. The most common state tax that is the responsibility of Arch is Unemployment insurance; however, some states mandate employee contributions to Unemployment and Disability plans.

**Earthlink**

From: "Daugherty, Jennifer M **ATLA" <JMDaugherty@archchemicals.com>
To: "Daugherty, Jennifer M **ATLA" <JMDaugherty@archchemicals.com>
Sent: Monday, March 29, 2010 8:45 AM
Subject: Your Pay Statement

Arch Chemicals, Inc. 501 Merritt 7, Norwalk, Connecticut 06856-5204

## PAY STATEMENT

Employee Id: 299905243
Employee Name: Daugherty,Jennifer Marie
Pay Date: 2010-02-12
Pay Rate: $ 6,695.00/Month

Federal W-4 Filing Exemptions: 3
Marital Status: M
Addl W/H Amount: $ 0.00

Your net pay, $ 2,166.07 , for pay period between 2010-02-01 and 2010-02-15 **has been** deposited on 2010-02-12 into your account(s) as per your Payroll EFT instruction.  If there is a difference between your net pay and the deposit amount (s) below, a check would have been issued to you for the difference.

The following additional information has been provided for your record-keeping needs:

### 1. EFT Distribution

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 1010215499990 | $ 2,166.07 |

### 2. Earnings

| | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| Description | Hours | Amount | Hours | Amount |
| Regular Hours | 88.00 | $ 3,347.50 | 256.00 | $ 10,042.50 |
| Total | 88.00 | $ 3,347.50 | 256.00 | $ 10,042.50 |

### 3. Pre-Tax Deductions

| Description | Current Amount | Year-to-Date Amount |
|---|---|---|
| Dental | $ 9.50 | $ 28.50 |
| FSA Dependent Care | $ 208.33 | $ 624.99 |
| Long Term Disability Non Barg. | $ 18.08 | $ 54.24 |
| Pretax Medical Ded. | $ 158.00 | $ 474.00 |
| Pretax Vision Ded | $ 14.46 | $ 43.38 |

| Total | $ 408.37 | $ 1,225.11 |
|---|---|---|

### 4. Taxes/Taxable Earnings

| Description | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| | Taxes | Taxable Earnings | Taxes | Taxable Earnings |
| Federal FICA-OASDI | $ 182.31 | $ 2,940.53 | $ 546.94 | $ 8,821.59 |
| Federal FICA-Med/Hosp | $ 42.63 | $ 2,940.53 | $ 127.91 | $ 8,821.59 |
| Federal Income | $ 264.31 | $ 2,940.53 | $ 792.93 | $ 8,821.59 |
| GA State Income | $ 167.27 | $ 2,940.53 | $ 501.81 | $ 8,821.59 |
| Total | $ 656.52 | | $ 1,969.59 | |

### 5. After-Tax Deductions

| Description | Current Amount | Year-to-Date Amount |
|---|---|---|
| Group Universal Life Plan | $ 2.50 | $ 7.50 |
| CEOP Loan #2 | $ 29.05 | $ 87.15 |
| CEOP Loan #4 | $ 61.67 | $ 185.01 |
| CEOP Loan #5 | $ 23.32 | $ 69.96 |
| Total | $ 116.54 | $ 349.62 |

### 6. Total Taxes and Deductions

| Current Amount | Year-to-Date Amount |
|---|---|
| $ 1,181.43 | $ 3,544.32 |

### 7. Net Pay

| Current Amount | Year-to-Date Amount |
|---|---|
| $ 2,166.07 | $ 6,498.18 |

In addition to your regular pay, Arch Chemicals pays all of the expenses associated with certain company-paid benefits and also makes tax payments on your behalf. While these benefit expenses do not affect your net pay, some of the benefit expenses may be taxable as indicated below:

### 8. Company-Paid Benefits Taxable

| Description | Current Amount | Year-to-Date Amount | Taxability |
|---|---|---|---|
| Company Paid Life, 1 x Pay | $ 1.40 | $ 4.20 | Taxable |

Arch Chemicals pays all of the expenses associated with certain company-paid benefits. You can access this information in "My Total Benefits/Comp." through the Arch Employee Self-Service website. There are also company-paid benefits that are taxable and taxes are withheld or incurred on a pay period

4/18/2010

or annual basis. The following is an explanation of how each frequency may impact your situation:
**Pay Period:** If a company-paid benefit is included in your taxable income each pay period, all taxes will be withheld from your pay check.
**Annually:** In most cases, if the taxable benefit is included in your taxable income on an annual basis, we will deduct any Social Security and/or Medicare taxes from your next regular pay check.

## 9. Company Contributions

| Description | Current Amount | Year-to-Date Amount | Taxability |
|---|---|---|---|
| | | | |

## 10. Company-Paid Taxes

| Description | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| | Taxes | Taxable Earnings | Taxes | Taxable Earnings |
| Federal FICA-OASDI | $ 182.31 | $ 2,940.53 | $ 546.94 | $ 8,821.59 |
| Federal FICA-Med/Hosp | $ 42.63 | $ 2,940.53 | $ 127.91 | $ 8,821.59 |
| Federal Unemployment | $ 8.97 | $ 1,121.74 | $ 56.00 | $ 7,000.00 |
| GA State Unemployment | $ 42.65 | $ 2,621.74 | $ 124.95 | $ 8,500.00 |
| Total | $ 276.56 | | $ 855.80 | |

Arch Chemicals pays all of the expenses associated with Federal and State employer related tax liabilities. For Federal related taxes employers are responsible for the cost of Social Security and Medicare taxes that is equal to the employee's share of the tax. The entire cost of Federal Unemployment Insurance is the responsibility of Arch. Each state has unique employer tax responsibilities. The most common state tax that is the responsibility of Arch is Unemployment insurance; however, some states mandate employee contributions to Unemployment and Disability plans.

4/18/2010

## INVEX SYSTEMS, INC.                                                                 10675

**Employee**
Thomas J. Daugherty, 597 Gordon Combs Rd., Marietta, GA 30064

**SSN** ***-**-4360
**Status (Fed/State)** Single/Single
**Allowances/Extra** Fed-4/0/GA-1/0
Pay Period: 02/01/2010 - 02/14/2010
Pay Date: 02/15/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,958.33 | 5,874.99 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -156.00 | -468.00 |
| Social Security Employee | -121.42 | -364.25 |
| Medicare Employee | -28.40 | -85.19 |
| GA - Withholding | -97.08 | -291.24 |
| | -402.80 | -1,208.68 |

Net Pay   1,555.43   4,866.31

InvEx Systems, Inc.

## INVEX SYSTEMS, INC.                                                                 10715

**Employee**
Thomas J. Daugherty, 597 Gordon Combs Rd., Marietta, GA 30064

**SSN** ***-**-4360
**Status (Fed/State)** Single/Single
**Allowances/Extra** Fed-4/0/GA-1/0
Pay Period: 02/15/2010 - 02/28/2010
Pay Date: 02/28/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,958.33 | 7,833.32 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -156.00 | -624.00 |
| Social Security Employee | -121.42 | -485.67 |
| Medicare Employee | -28.39 | -113.58 |
| GA - Withholding | -97.08 | -388.32 |
| | -402.89 | -1,811.57 |

Net Pay   1,555.44   6,221.75

**IN/EX SYSTEMS, INC.**

10748

Employee
Thomas J. Daugherty, 597 Gordon Combs Rd., Marietta, GA 30064

SSN: ***-**-4360
Status (Fed/State): Single/Single
Pay Period: 03/01/2010 - 03/15/2010

Allowances/Extra: Fed-4/0/GA-1/0
Pay Date: 03/15/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,958.33 | 9,791.65 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -156.00 | -780.00 |
| Social Security Employee | -121.41 | -607.08 |
| Medicare Employee | -28.40 | -141.98 |
| GA - Withholding | -97.08 | -485.40 |
| | -402.89 | -2,014.46 |

| Net Pay | 1,555.44 | 7,777.19 |
|---|---|---|

In/Ex Systems, Inc.

---

**IN/EX SYSTEMS, INC.**

10796

Employee
Thomas J. Daugherty, 597 Gordon Combs Rd., Marietta, GA 30064

SSN: ***-**-4360
Status (Fed/State): Single/Single
Pay Period: 03/16/2010 - 03/31/2010

Allowances/Extra: Fed-4/0/GA-1/0
Pay Date: 03/31/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,958.33 | 11,749.98 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -156.00 | -936.00 |
| Social Security Employee | -121.42 | -728.50 |
| Medicare Employee | -28.39 | -170.37 |
| GA - Withholding | -97.08 | -582.48 |
| | -402.89 | -2,417.35 |

| Net Pay | 1,555.44 | 9,332.63 |
|---|---|---|

In/Ex Systems, Inc.