UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                  )

JENNIFER M. DAUGHERTY
THOMAS J. DAUGHERTY,                    No. 10-68876-BEM
          Debtors.
                                        )   Chapter 13

_____

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**: that the above debtors have filed a Motion to Sever their pending Chapter 13 case into two separate matters.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Movant's Motion for Stay Relief at **Courtroom 1402, US Courthouse, 75 Spring Street, Atlanta, GA 30303 on April 15, 2014 at 11:00 AM.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with you attorney, if you have one in this bankruptcy case. ( If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views. Then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver you response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, US Bankruptcy Court, Suite 1340, 75 Spring St., SW, Atlanta, GA 30303. You must also mail a copy of you response to the undersigned at the address stated below.

If a hearing on a motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motin and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: March 17, 2014            /s/
                               Michael Famiglietti
                               Counsel for Debtors
                               127Church St. 320 Marietta, GA 30060
                               770-794-8005
                               GB 254941

## Certificate of Service

I certify that I am over the age of 18 and that on 3/17/14, I served a copy of the foregoing Motion to Sever, **and** Notice of Assignment of Hearing, by first class mail, with adequate postage thereon, at the addresses so stated:

Trustee Mary Ida Townson
191 Peachtree St. 2200
Atlanta, GA 30303

Jennifer Daugherty
9 Pilgrims Way
Gaylordsville, CT 06755

Thopmas Daugherty
1412 Trees of Kennesaw
Kennesaw, GA 30152

Office of US Trustee
75 Spring St. 362
Atlanta, GA 30303

**AND all creditors listed on Exhibit "A"**

Dated: 3/17/14

         /s/
Michael Famiglietti, Esq.



Label Matrix for local noticing
113E-1
Case 10-68876-bem
Northern District of Georgia
Atlanta
Mon Mar 17 15:34:25 EDT 2014

BOULDER CREDIT SERVICES
P.O. BOX 1259
TROY, MI 48099-1259

Beneficial
P.O. Box 17574
Baltimore, MD 21297-1574

Capital One Bank (USA), N.A.
PO Box 12907
Norfolk, VA 23541-0907

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

FBCS
2200 Byberry Rd.
No. 120
Hatboro, PA 19040-3797

HSBC
P.O. Box 19360
Portland, OR 97280-0360

Home Depot
P.O. Box 689100
Des Moines, IA 50368

Jareds
c/o Inglesby, Falligant
P.O. Box 1368
Savannah, GA 31402-1368

LGE Comm. Credit Union
P.O. Box 1188
Marietta, GA 30061-1188

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Bali Condo Assoc.
8680 Commodity Circle
Orlando, FL 32819-9000

CANDICA L.L.C.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Chase
PO Box 15298
Wilmington, DE 19850-5298

CitiCards
PO Box 6062
Sioux Falls, SD 57117-6062

GE Capital
P.O. Box 981439
El Paso, TX 79998-1439

HSBC Bank Nevada, N.A.
by PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541-0907

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD, MN 56302-7999

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Barclays Bank Delaware
125 South West St
Wilmington, DE 19801-5014

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Chase Bank USA
800 Brooksedge Blvd.
Westerville, OH 43081-2822

Citifinancial
P.O. Box 22066
Tempe, AZ 85285-2066

HSBC
P.O. Box 80026
Salinas, CA 93912-0026

Hanna & Assoc.
1427 Roswell Rd.
Marietta, GA 30062-3668

Jared's
375 Ghent Rd.
Akron, OH 44333-4601

Jefferson Capital Systems LLC; Purchased
From National Credit Adjusters LLC
Jefferson Capital Systems, LLC
PO Box 7999
Saint Cloud, MN 56302-7999

Master Credit Serv.
P.O. Box 670274
Marietta, GA 30066-0123

National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125-1741
USA

(p)SCANA AND SUBSIDIARIES
220 OPERATION WAY
MAIL CODE C 222
CAYCE SC 29033-3701

Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

(p)TIDEWATER FINANCE COMPANY
P O BOX 13306
CHESAPEAKE VA 23325-0306

WFNNB
4590 E. Broad St.
Columbus, OH 43213-1301

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
POB 41067
Norfolk VA 23541-1067

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta GA 30303-3315

National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125-1741
USA

(p)SCANA AND SUBSIDIARIES
220 OPERATION WAY
MAIL CODE C 222
CAYCE SC 29033-3701

Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

(p)TIDEWATER FINANCE COMPANY
P O BOX 13306
CHESAPEAKE VA 23325-0306

WFNNB
4590 E. Broad St.
Columbus, OH 43213-1301

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
POB 41067
Norfolk VA 23541-1067

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta GA 30303-3315

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                )

Jennifer Daugherty
Thomas Daugherty,
                                              No. 10-68876
    Debtor.
                                      )       Chapter 13

## JOINT MOTION TO SEVER CASE

COME NOW the above debtors, through their counsel of record, and file this Motion to Sever the case, and in support thereof shows this Court as follows:

1.

Debtors filed their Chapter 13 petition on March 28, 2010. Debtors received a full and final judgment of divorce, post-confirmation, on June 1, 2011.

2.

Further, joint debtor Jennifer Daugherty (now known as Jennifer Sommerer) has been laid off from her position of employment, and is unable to fund any plan payments. Grounds exist for the parties' cases to be severed and administered separately

3.

Joint debtor Thomas Daugherty concurs with this motion, and after severance the debtors will file amended schedules indicating which particular debt is the responsibility of which

debtor. The debtors at this time intend are considering conversion of their respective petitions to Chapter 7, or alternatively, motions to suspend plan payments. The proposed severance alone will not affect the rights of the unsecured creditors.

WHEREFORE, Movant respectfully requests that this Court issue an Order:

a) Severing this case into two separate Chapter 13 matters, with a new case number for debtor Thomas Daugherty and

b) granting such other and further relief as is appropriate.

Respectfully submitted,

/s/
Michael Famiglietti
Attorney for Debtors
127 Church St.
Marietta, GA 30060
(770) 794-8005   GB 254941

Consented to: /s/
Jennifer Sommerer, f/ka/ Jennifer Daugherty

/s/
Thomas Daugherty