UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          :
                                                :   Case No. 10-68876
**Jennifer Daugherty**
                                                :
                                                :

**STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))**


I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:


**X     I am unemployed, and have been for over 60 days.**


_____  _____
_____


Dated:\_\_\_\_\_8/22/14_____  _____/s/_____
                                                    Jennifer Daugherty